A. A. Carmichael, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

49 So.2d 928

**Laura WASHINGTON v. CITY OF BIRMINGHAM.**
**6 Div. 76.**

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Jefferson County; E. H. Parsons, Special Judge.

PER CURIAM.
Affirmed.

51 So.2d 919

**Mrs. N. A. WATSON v. H. G. THOMPSON.**
**7 Div. 140.**

Court of Appeals of Alabama.
March 6, 1951.

Appeal from Circuit Court, Etowah County; J. H. Disque, Jr., Judge.

PER CURIAM.

Appeal dismissed.

44 So.2d 926

**Willie WATSON v. STATE.**
**3 Div. 913.**

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Escambia County; F. W. Hare, Judge.

Trespass after warning.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 40

**Sammie Hugh WEAVER, alias Kornegay v. STATE.**
**6 Div. 867.**

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

47 So.2d 927

**Joe WEBB, Jr. v. STATE.**
**6 Div. 965.**

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Manslaughter, first degree.

Jas. L. Marshall, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.